**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**V.**                                   **CASE NO.: 8:25-cr-00544-WFJ-NHA**

**WALTER MALAKAI.**

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND TRIAL TERM

Walter Malakai, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue status conference and the trial term in this matter, which is currently set for the Court's February 2026 trial term by three cycles.   The defense respectfully submits that a ninety-day continuance is necessary for effective preparation and that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(B)(iv).   The Government is not opposed to this request.[1]

1.      Mr. Malakai stands charged via an information with one count of voting by Alien, in violation of 18 U.S.C. § 611. Doc.1.

---

[1] The undersigned has conferred with Assistant United States Attorney Ilyssa Spergel, who has advised that the Government consents to the requested continuance.

Mr. Malakai had his initial appearance and arraignment on December 22, 2025, whereafter he was released on bond. The Federal Defender's office was appointed until Mr. Malakai retains a counsel. Docs. 8-13. The Court issued thereafter its Pretrial Discovery Order and Notice of Trial and Status Conference on January 8, 2026, setting the matter for February 2026 trial term, with pretrial Motions to be filed within thirty (30) days after receipt of the government's Rule 16(a) discovery. Doc. 14. This Court has rescheduled status conference from January 8, 2026, to January 7, 2026, resulting in a scheduling conflict for the undersigned. [2] Defense respectfully seeks a continuance of status conference by one hour or to a later date that is convenient with this Court. In addition, Defense has yet to receive discovery material as such request a continuance by three cycles to allow adequate time to review, once in receipt, the discovery material and discuss with Mr. Malakai, to determine how Mr. Malakai would like to proceed. Mr. Malakai is on bond and has been compliant with his conditions of release. He understands that the request at bar constitutes a waiver of his rights pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.Mr. Malakai waives his rights to speedy trial through July 31, 2026.

---

[2] Defense has a hearing set same time and date before Honorable Covington in matter of *US v. Gracia et al*, 8:18-cr-00193-VMC-CPT.

WHEREFORE, for the reasons discussed herein, this Motion ought to be GRANTED.

DATED this 31st day of December, 2025.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Laura G. Hastay*
Laura G. Hastay, Esq.
Assistant Federal Defender
Georgia Bar No. 637941
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: laura_hastay@fd.org

## <ins>CERTIFICATE OF SERVICE</ins>

I HEREBY CERTIFY that on this 31st day of December 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Ilyssa Spergel, AUSA

/s/ Laura G. Hastay
Laura G. Hastay, Esq.
Assistant Federal Defender